433 A.2d 141

Suto, Appellant v. Baldwin, et ux.

Argued April 14, 1980. Alan Frank, submitted a brief on behalf of appellant; Robert J. Amelio, for appellees.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

March 27, 1981.

433 A.2d 141

Commonwealth v. Gray, Appellant.

Submitted November 14, 1980. Donald Calaiaro, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.